UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| LONG ISLAND POWER AUTHORITY, | : | |
| Petitioner, | : | Case 1:22-cv-09470 |
| v. | : | |
| NATIONAL GRID USA, | : | |
| Respondent. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER GRANTING VERIFIED PETITION
## TO CONFIRM ARBITRATION AWARD

Upon the Verified Petition of Petitioner Long Island Power Authority for an order pursuant to 9 U.S.C. § 9 *et seq.* confirming the arbitration award issued in New York, New York on November 9, 2021, in its favor and against Respondent National Grid USA, and for entry of judgment thereon pursuant to 9 U.S.C. § 13, and upon review of supporting papers filed therewith as well as any opposition papers and reply papers filed, it is hereby:

**ORDERED** that the Verified Petition to Confirm Arbitration Award is granted pursuant to pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, *et seq.;* and it is further

**ORDERED** that, pursuant to 9 U.S.C. § 13, judgment be entered thereon, confirming the findings of the arbitration tribunal in the November 9, 2021, Final Award.

The Clerk of Court is respectfully directed to terminate the motion, Doc. 2.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: November 22, 2022
New York, New York