**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LONG ISLAND POWER AUTHORITY,

                            Petitioner,                              22 **CIVIL** 9470

            -against-                                **JUDGMENT**

NATIONAL GRID USA,

                            Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 22, 2022, the Verified Petition to Confirm Arbitration Award is granted pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, et seq.; and it is further ORDERED that, pursuant to 9 U.S.C. § 13, judgment is entered thereon, confirming the findings of the arbitration tribunal in the November 9, 2021, Final Award.

**Dated**: New York, New York
           November 23, 2022

                                                                         **RUBY J. KRAJICK**

                                                                         **Clerk of Court**
                                       **BY:**

                                                                         *K. Mango*
                                                                         **Deputy Clerk**